UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Gabino Genao,

                        Plaintiff,                    20-CV-10563 (GBD) (VF)

        -against-                          **ORDER**

Rivera et al.,

                      Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons stated at the telephonic status conference held before the Court on February 1, 2023, the Court hereby grants Plaintiff's request to submit an amended complaint (see ECF No. 34). Because no case management plan was ever entered in this action, this request is governed by Rule 15, which provides that the Court should freely grant leave to amend "when justice so requires." See Fed. R. Civ. P. 15(a)(2); Sacerdote v. New York Univ., 9 F.4th 95, 115 (2d Cir. 2021) ("The period of 'liberal' amendment ends if the district court issues a scheduling order setting a date after which no amendment will be permitted."). Plaintiff's amended complaint is due by no later than **Friday, March 17, 2023**. As stated at the conference, the Court will not permit any extensions to this deadline.

      **SO ORDERED.**

DATED:    New York, New York
               February 1, 2023

                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge