UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABINO GENAO,<br><br>                            Plaintiff,<br><br>            -against-<br><br>RIVERA et al.,<br><br>                            Defendants. | 20-CV-10563 (GBD) (VF)<br><br>VALENTIN ORDER |

VALERIE FIGUEREDO, United States Magistrate Judge:

  Plaintiff is proceeding *pro se* and *in forma pauperis*. By order dated August 11, 2023, the Court requested that the New York City Department of Correction ("DOC") and New York Law Department waive service of summons on behalf of Defendants C.O. Kisson, Capt. Lacroix, C.O. Shaw, Jr., and J. Dwyer. On September 1, 2023, the DOC filed an unexecuted waiver of service as to Defendants Kisson, Shaw, and Dwyer, stating that each of these Defendants was no longer a DOC employee.[1]

  The Court directs the New York City Law Department, which is the attorney for DOC, pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), to provide a residential address where Defendants Kisson, Shaw, and Dwyer may be served. The Law Department must provide this information to Plaintiff and the Court within 30 days of the date of this order. To protect the privacy of the former DOC employees, the Law Department may submit the addresses *in camera* by mailing or emailing them directly Chambers. After the Court receives this information, it will

---

[1] On September 6, 2023, DOC filed what it described on the docket as an executed waiver of service for Dwyer. (*See* ECF 63.) That document, however, waives service for a correction officer named Jaqueline Cooper, who is not a party to this action. It appears that this document may have been mistakenly docketed in this case. If Dwyer is still a DOC employee and DOC did intend to waive service for Dwyer, DOC should file a corrected waiver of service for this Defendant.

issue an order directing the Clerk of Court to complete the USM-285 forms for these Defendants and deliver all documents necessary to effect service on these Defendants to the U.S. Marshals Service.[2]

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order and the complaint to the New York City Law Department at: 100 Church Street, New York, New York 10007.

SO ORDERED.

Dated:   September 15, 2023
         New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge

---

[2] The court has procedures in place to effectuate service on these Defendants without publicly disclosing their residential addresses.