UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Gabino Genao,

                Plaintiff,           20-CV-10563 (GBD) (VF)

    -against-            **ORDER RE-SCHEDULING CONFERENCE**

Rivera et al.,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The telephonic status conference in this matter to discuss Defendants' motion to stay discovery at ECF No. 79 is hereby re-scheduled for **Monday, March 11, 2024, at 11:00 a.m**. Plaintiff Genao and Defendants' counsel are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 81.

      **SO ORDERED.**

DATED:    New York, New York
                March 1, 2024

                                                                                         VALERIE FIGUEREDO
                                                                       United States Magistrate Judge