UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GABINO GENAO,

                    Plaintiff,             20-CV-10563 (GBD) (VF)

      -against-                    **ORDER**

CAPT. RIVERA, et al,

                  Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    As discussed at the conference on March 11, 2024, discovery in this matter is stayed pending resolution of Defendants' motion to dismiss at ECF No. 68.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 79.

    **SO ORDERED.**

DATED:    New York, New York
               March 26, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge