UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GABINO GENAO,

                      Plaintiff,                    20-CV-10563 (GBD) (VF)

      -against-                             **<u>ORDER</u>**

CAPT. RIVERA ET AL.,

                      Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      At ECF No. 83, discovery in this matter was stayed pending resolution of Defendants' motion to dismiss at ECF No. 68. Given Judge Daniels's Memorandum Decision and Order granting the motion to dismiss at ECF No. 105, discovery is no longer stayed. The parties are directed to submit a joint status update by **<u>Friday, November 1, 2024.</u>**

      **SO ORDERED.**

DATED:      New York, New York
                October 8, 2024

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge