UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GABINO GENAO,

                                          Plaintiff,          20-CV-10563 (GBD) (VF)

           -against-                              **ORDER**

CAPT. RIVERA, et al.,

                                        Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status update informing the Court on the status of discovery by **Friday, May 30, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
                May 6, 2025

                                                                              _____
                                                                              VALERIE FIGUEREDO
                                                                              United States Magistrate Judge