**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
GABINO GENOA,

                        Plaintiff,                  **20-CV-10563 (GBD) (VF)**

       -against-                              **ORDER**

RIVERA et al.,

                        Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

     Defendants include excerpts of Plaintiff's deposition at ECF No. 119-1. Defendants are

directed to file the entirety of Plaintiff's deposition by **December 3, 2025**.

       **SO ORDERED.**

DATED:     New York, New York
             December 2, 2025

                                      _____
                                      VALERIE FIGUEREDO
                                    United States Magistrate Judge