**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 GABINO GENAO,

                                Plaintiff,

         -against-                                20 **CIVIL** 10563 (GBD)(VF)

                                              **JUDGMENT**

CITY OF NEW YORK, et al.,

                              Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Decision and Order dated March 16, 2026, Magistrate Judge

Figueredo's Report is ADOPTED in full. Defendants' motion for summary judgment is

GRANTED, and all remaining claims are dismissed; accordingly, the case is closed.

**Dated:** New York, New York

        March 16, 2026

                                       **TAMMI M. HELLWIG**
                                    _____
                                       **Clerk of Court**

                                      K. mango
        **BY:**
                                      _____
                                       **Deputy Clerk**